### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**NICHOLAS FRANKE**                                                                           **PETITIONER**

**V.**                              **CASE NO. 2:22-cv-00196-DPM-JTK**

**JOHN P. YATES,**
*Warden, FCI*                                                                                 **RESPONDENT**

### ORDER

  Before the Court is Nicholas Franke's Petition for Writ of Habeas Corpus. (Doc. No. 1) He has paid the $5 filing fee according to receipt #LIT088808. However, according to the Bureau of Prisons ("BOP") website, Mr. Franke is no longer in BOP custody. Based on this information, Mr. Franke is directed to show cause within thirty (30) days of the date of this Order as to why this case should not be dismissed. If Mr. Franke wishes to proceed, he must provide this Court with his current contact information. Failure to comply with this Order will result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure.

  Also pending is Petitioner's Motion for Summary Judgment (Doc. No. 3) and Motion to Amend Petition (Doc. No. 11). Any summary judgment motion is premature at this stage and will, therefore, be denied. In his Motion to Amend, Mr. Franke is asking the Court to add respondents to this action who had custody over him while he was in the halfway house. However, now that it appears he has been released from custody, this motion is denied as moot.

IT IS SO ORDERED this 3rd day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE