IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

NICHOLAS FRANKE                                                                 PETITIONER

CASE NO. 2:22-cv-00196-DPM-JTK

JOHN P. YATES                                                                        RESPONDENT

## RECOMMENDED DISPOSITION

**I.       Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to Chief Judge D.P. Marshall. Any party to this suit may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record.

**II.     Discussion:**

Petitioner Nicholas Franke filed this petition for writ of habeas corpus on October 27, 2022. (Doc No. 1) On March 3, 2023, after receiving information that Mr. Franke was no longer in custody, this Court ordered Mr. Franke to update his address with the Court and show cause within 30 days of the Order as to why his case should not be dismissed. (Doc. No. 12) That Order also warned Mr. Franke that his failure to comply would result in the recommended dismissal of his petition. More than 30 days have passed, and Mr. Franke has not filed anything with the Court or otherwise responded to the Order. Under these circumstances, the Court concludes that the petition should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and for

failure to respond to the Court's Order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

### III.  Certificate of Appealability:

When entering a final order adverse to a petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rule Governing Section 2254 Cases in the United States District Courts. The Court can issue a certificate of appealability only if Mr. Franke has made a substantial showing that he was denied a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, Mr. Franke has not provided a basis for the Court to issue a certificate of appealability. Accordingly, a certificate of appealability should be denied.

### IV.  Conclusion:

The Court recommends that Judge Marshall DENY and DISMISS Mr. Franke's petition for writ of habeas corpus (Doc. No. 1), without prejudice. Furthermore, Judge Marshall should deny a certificate of appealability.

DATED this 24th day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE