IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

NICHOLAS FRANKE                                                              PETITIONER

v.                          No. 2:22-cv-196-DPM

JOHN P. YATES, Warden,
FCI Forrest City                                                             RESPONDENT

ORDER

Unopposed recommendation, *Doc. 13*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Franke's § 2241 petition, *Doc. 1*, will be dismissed without prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 June 2023