IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

NICHOLAS FRANKE                                                    PETITIONER

v.                          No. 2:22-cv-196-DPM

JOHN P. YATES, Warden,
FCI Forrest City                                                   RESPONDENT

## JUDGMENT

Franke's § 2241 petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2023